UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOUGLAS V. TRAVER,

                        Plaintiff,

v.                                                               **ORDER**

GLEN VETROMILE,                              23-CV-04288 (PMH)

                        Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       Plaintiff commenced this action on May 23, 2023 against Defendant Glen Vetromile. (Docs. 1, 4). A summons was issued for Defendant on May 24, 2023. (Doc. 6). Plaintiff filed an affidavit of service with respect to Defendant on June 9, 2023. (Doc. 7). Defendant did not file an answer or otherwise respond to the Complaint. Plaintiff thereafter obtained a Clerk's Certificate of Default on July 5, 2023. (Doc. 11). There has been no activity on the docket since the filing of the Clerk's Certificate of Default.

       Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by August 25, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                                        **SO-ORDERED:**

Dated:  White Plains, New York
           July 28, 2023

                                                     _____
                                                     Philip M. Halpern
                                                     United States District Judge