**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOUGLAS V. TRAVER,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>GLEN VETROMILE,<br><br>　　　　　　　　　　Defendant. | **ORDER & JUDGMENT**<br><br>7:23-Civ-04288 (PMH) |

　　　　This action having been commenced on May 24, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, GLEN VETROMILE on June 7, 2023 by affixing said Summons and Complaint to the door of defendant's residence and on June 8, 2023 by mailing a copy by certified mail, return receipt requested addressed to defendant, GLEN VETROMILE, and a proof of service having been filed on June 9, 2023 (Doc #7) and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

　　　　ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against the defendant in the liquidated amount of $409,405.00 with interest at 6% from July 1, 2021 through September 29, 2023 amounting to $42,223.74, with post-judgment interest accruing at 9% from September 30, 2023, calculated at $111.36 per day, until the date of payment of this judgment, plus costs and disbursements of this action in the amount of $788.40, amounting in all to $451,628.74.

DATED: White Plains, New York

September 29, 2023

_____

Hon. Philip M. Halpern

United States District Judge